# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00307-CV

---

**Michelle Katherine McGuire, Appellant**

**v.**

**Cole Joseph Sims, Appellee**

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
NO. 15-2384-F425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Michelle Katherine McGuire has filed a Motion for Voluntary Dismissal. She asserts that she no longer wishes to pursue this appeal. No notice of cross-appeal was filed.

We grant McGuire's motion and dismiss this appeal. Tex. R. App. P. 42.1(a)(1).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: August 26, 2025